UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**RITA WARREN**,
    Appellant,

v.

**GLENN MICHAEL CYBULSKI**,
    Appellee.

Case No.: 15-cv-1968-YGR

**ORDER DIRECTING APPELLANT TO PERFECT RECORD; ORDER REQUIRING SUPPLEMENTAL BRIEFING**

On May 1, 2015, the Court received a notice of appeal by pro se appellant Rita Warren from the Bankruptcy Court. (Dkt. No. 1.) Appellant then filed an opening brief on May 28, 2015 (Dkt. No. 5), appellee filed his brief on June 17, 2015 (Dkt. No. 6), and appellant replied. (Dkt. No. 7.) In short, appellant has not yet met her obligations to perfect the record below and pursue an appeal in this Court.

As advised in a notice from the Clerk of the Court, before briefing can commence, the parties must first perfect the record pursuant to Federal Rules of Bankruptcy Procedure ("FRBP") 8006 and 8007. (Dkt. No. 2.) Further, pursuant to FRBP 8009(a)(4), the record on appeal *must* include "any opinion, findings of fact, and conclusions of law relating to the issues on appeal, including transcripts of all oral rulings," in addition to any transcripts appellant orders from the reporter. FRBP 8009(b)(1) requires appellant to order from the reporter "a transcript of such parts of the proceedings not already on file as the appellant considers necessary for the appeal, and file a copy of the order with the bankruptcy clerk." The Bankruptcy Local Rules of this Court further require that the "record on appeal shall include a transcript of the hearing or a summary thereof agreed upon by all parties." B.L.R. 8007-1(a). The record here fails to meet the requirements, and appellant has therefore not yet perfected the record on appeal. Specifically, appellant must order the transcript of the proceedings

1 before the Bankruptcy Court that resulted in summary judgment against her claims, or file an agreed-
2 upon summary thereof.  This Court cannot, and will not, consider the recording submitted on CD
3 attached to appellant's reply brief.  (Dkt. No. 7.)[1]

4 Within twenty (20) days of the date of this Order, appellant shall comply with her obligations
5 outlined above so that the record before this Court is compliant therewith.  Once the Bankruptcy
6 Court transmits the perfected record, appellant is ordered to file and serve a supplemental brief not to
7 exceed fifteen (15) pages in length within fourteen (14) days thereafter.  Appellant's brief must be
8 drafted in accordance with FRBP 8014(a) and address the documents added to the record, including
9 the transcript or summary of the hearing.  Appellee shall similarly file and serve a supplemental brief
10 addressing the additional documents, as well as appellant's supplemental brief, not to exceed fifteen
11 (15) pages in length within seven (7) of service of appellant's supplemental brief.

12 In drafting her supplemental brief, appellant is reminded that FRBP 8014(a) dictates what
13 must be included in appellant's brief.  "The appellant's brief must contain the following under
14 appropriate headings and in the order indicated:

> (1) a corporate disclosure statement, if required by Rule 8012;
> (2) a table of contents, with page references;
> (3) a table of authorities--cases (alphabetically arranged), statutes, and other authorities--with references to the pages of the brief where they are cited;
> (4) a jurisdictional statement, including:
>   (A) the basis for the bankruptcy court's subject-matter jurisdiction, with citations to applicable statutory provisions and stating relevant facts establishing jurisdiction;
>   (B) the basis for the district court's or BAP's jurisdiction, with citations to applicable statutory provisions and stating relevant facts establishing jurisdiction;
>   (C) the filing dates establishing the timeliness of the appeal; and
>   (D) an assertion that the appeal is from a final judgment, order, or decree, or information establishing the district court's or BAP's jurisdiction on another basis;

---

[1] Appellee represents to the Court that appellant has also "failed to identify a final judgment, order, or decree that she is appealing…"  (Dkt. No. 6 at 6).  The record shows otherwise.  Appellant provided this Court with the judgment at issue as attachment 1 to her notice of appeal.  (Dkt. No. 1-1.)  To the extent Federal Rule of Bankruptcy Procedure 8009(4) requires the record on appeal to include "the judgment, order, or decree being appealed," appellant is deemed to have satisfied such obligation.

(5) a statement of the issues presented and, for each one, a concise statement of the applicable standard of appellate review;
(6) a concise statement of the case setting out the facts relevant to the issues submitted for review, describing the relevant procedural history, and identifying the rulings presented for review, with appropriate references to the record;
(7) a summary of the argument, which must contain a succinct, clear, and accurate statement of the arguments made in the body of the brief, and which must not merely repeat the argument headings;
(8) the argument, which must contain the appellant's contentions and the reasons for them, with citations to the authorities and parts of the record on which the appellant relies;
(9) a short conclusion stating the precise relief sought; and
(10) the certificate of compliance, if required by Rule 8015(a)(7) or (b).

Fed. R. Bankr. P. 8014(a).

In light of her pro se status, appellant may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415.782.9000 x8657 or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796. At the Legal Help Center, Plaintiff may speak with an attorney who may be able to provide basic legal help, but not legal representation. The Court also urges appellant to obtain a copy of the Pro Se Handbook, available free of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office on the 4th Floor of the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland, CA.

**IT IS SO ORDERED.**

Dated: July 24, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**