**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RITA ANN WARREN,** | Case No.: **15-CV-1968 YGR** |
| Plaintiff, | **ORDER REQUIRING STATUS UPDATE** |
| vs. | |
| **GLENN MICHAEL CYBULSKI,** | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Plaintiff shall provide the Court with an update of her efforts to perfect the record. By **Friday September 18, 2015**, plaintiff shall file with the Court an update on any remaining transcripts as referenced in her previous updates to the Court. *See* Dkt. Nos. 21, 23. If plaintiff has submitted all transcripts and perfected the record prior to this deadline, plaintiff shall so advise the Court and this status update deadline will be taken off calendar.

**IT IS SO ORDERED**.

Dated: August 27, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**