UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**RITA WARREN**,
    Appellant,

v.

**GLENN MICHAEL CYBULSKI**,
    Appellee.

Case No.: 15-cv-1968-YGR

**ORDER ON ADDITIONAL BRIEFING**

On July 24, 2015, the Court directed appellant Rita Warren to perfect the record below in order to pursue her appeal in this Court. (Dkt. No. 8.) The Court further ordered appellant to file and serve a supplemental brief not to exceed fifteen (15) pages in length within fourteen (14) days after the record was perfected. The record was perfected on September 17, 2015. (Dkt. No. 31). In light of appellant's pro se status, and her apparent confusion over the supplemental briefing requirements (*see* Dkt. No. 32), the Court hereby extends appellant's deadline to file her supplemental brief by an additional fourteen (14) days.

Accordingly, appellant is hereby **ORDERED** to file and serve her supplemental brief no later than **October 15, 2015**. Appellee's deadline to file and serve a supplemental brief addressing the additional documents, as well as appellant's supplemental brief, not to exceed fifteen (15) pages in length, is similarly extended to within fourteen (14) of service of appellant's supplemental brief.

Appellant is reminded that her brief must be drafted in accordance with FRBP 8014(a) and address the documents added to the record, including the transcript of the hearing at issue. Further, the Court refers appellant to its previous Order (Dkt. No. 8) listing the substance of what appellant must include in her brief under FRBP 8014(a). Appellant is specifically reminded to include:

> (5) a statement of the issues presented and, for each one, a concise statement of the applicable standard of appellate review;

(6) a concise statement of the case setting out the facts relevant to the issues submitted for review, describing the relevant procedural history, and identifying the rulings presented for review, with appropriate references to the record;

(7) a summary of the argument, which must contain a succinct, clear, and accurate statement of the arguments made in the body of the brief, and which must not merely repeat the argument headings; and

(8) the argument, which must contain the appellant's contentions and the reasons for them, with citations to the authorities and parts of the record on which the appellant relies.

Fed. R. Bankr. P. 8014(a).

**IT IS SO ORDERED.**

Dated:  September 24, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**